# Court of Appeals
# of the State of Georgia

ATLANTA,  March 02, 2022

*The Court of Appeals hereby passes the following order:*

**A21A1384.  UNION INSURANCE COMPANY v. WARE.**

Our affirmance in Case No. A21A1298 renders moot the issues raised in this cross-appeal; accordingly, this case is dismissed.  See *Carson v. Brown*, 358 Ga. App. 619, 624 (2) (856 SE2d 5) (2021).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  03/02/2022*

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*